UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NANETTE C. HORGAN, | : | Civil Action No. 2:20-cv-01976 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| GUARDIAN ELDER CARE d/b/a | : | **Jury Trial Demanded** |
| BEAVER VALLEY HEALTHCARE | : | |
| AND REHABILITATION CENTER, | : | Electronically Filed |
| | : | |
| Defendant. | : | |

## JOINT STATUS REPORT

AND NOW, this 6th day of December 2021, the parties file the following Joint Status Report.

1. On October 18, 2021, the Court granted the parties a period of 45 days to meet and confer in an effort to resolve this case.

2. Pursuant to this Court's order from October 18, 2021, parties are required to submit this Joint Status Report indicating the status of settlement and whether the case will proceed to trial.

3. Parties have duly engaged in settlement negotiations but have been unable to reach an agreeable resolution at this time.

4. Parties anticipate that a settlement may be reached if afforded a brief extension of 14 days.

5. If it becomes apparent that no resolution is possible by or before December 20, 2021, Parties will advise the Court that they are prepared to proceed to trial.

Date: December 6, 2021                                    Respectfully submitted,

*/s/ Mary-Jo Rebelo*
Counsel for Defendant
Mary-Jo Rebelo, Esquire
Burns White
48 26th Street
Pittsburgh PA 15222
(412) 995-3347
(412) 995-3300/facsimile
mjrebelo@burnswhite.com

*/s/ Nicholas Pahuta*
Counsel for Plaintiff
Nicholas M. Pahuta, Esquire
STEELE SCHNEIDER
420 Ft. Duquesne Blvd, Suite 500
Pittsburgh, PA 15222
(412) 235-7682
(412) 235-7693/facsimile
nickpahuta@steeleschneider.com