# UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NANETTE C. HORGAN, | : | Civil Action No. 2:20-cv-01976 |
| Plaintiff, | : | |
| v. | : | |
| GUARDIAN ELDER CARE d/b/a BEAVER VALLEY HEALTHCARE AND REHABILITATION CENTER, | : | Electronically Filed |
| Defendant. | : | |

## JOINT STATUS REPORT

AND NOW, this 15th day of December 2021, the parties file the following Joint Status Report.

1. The parties have reached agreement on the terms of a settlement. The parties will promptly prepare and execute a mutually agreed upon confidential settlement agreement and general releases to document the terms and conditions of the settlement.

2. In accordance with the terms of the parties mutually agreed upon confidential settlement agreement and general releases, Plaintiff, through her counsel, shall file a Notice of Dismissal with Prejudice with the Court.

Date: December 15, 2021

Respectfully submitted,

*/s/ Mary-Jo Rebelo*
Counsel for Defendant
Mary-Jo Rebelo, Esquire
Burns White
48 26th Street
Pittsburgh PA 15222
(412) 995-3347
(412) 995-3300/facsimile

mjrebelo@burnswhite.com

*/s/ Nicholas Pahuta*
Counsel for Plaintiff
Nicholas M. Pahuta, Esquire
STEELE SCHNEIDER
420 Ft. Duquesne Blvd, Suite 500
Pittsburgh, PA 15222
(412) 235-7682
(412) 235-7693/facsimile
nickpahuta@steeleschneider.com