# UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NANETTE C. HORGAN, | : | Civil Action No. 2:20-cv-01976 |
| Plaintiff, | : | |
| v. | : | |
| GUARDIAN ELDER CARE d/b/a BEAVER VALLEY HEALTHCARE AND REHABILITATION CENTER, | : | Electronically Filed |
| Defendant. | : | |

## STIPULATON FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff hereby stipulates to the dismissal of this matter, with prejudice. Each party will bear its own costs.

Date: January 11, 2022

Respectfully submitted,

*/s/ Nicholas Pahuta*  
Marcus B. Schneider, Esq.  
STEELE SCHNEIDER  
One Gateway Center  
420 Ft. Duquesne Blvd., Suite 500  
Pittsburgh, PA 15222  
(412) 235-7682  
nickpahuta@steeleschneider.com

Counsel for Plaintiff

*/s/ Mary-Jo Rebelo*  
Mary-Jo Rebelo, Esq.  
Burns White  
48 26th Street  
Pittsburgh, PA 15222  
(412) 995-3347  
mjrebelo@burnswhite.com

Counsel for Defendant

SO ORDERED:

_____                    Date: _____